**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOE HAND PROMOTIONS, INC.**<br>*Plaintiff,* | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-cv-06191** |
| **VERTEX LOUNGE, LLC, d/b/a VERTEX LOUNGE and d/b/a VERTEX, and TESFEGEARGIS G. GEBREHIWOT,**<br>*Defendants* | § | |

---

**DEFENDANTS' FIRST AMENDED ANSWER**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, VERTEX LOUNGE, LLC, d/b/a VERTEX LOUNGE, and d/b/a VERTEX, TESFEGEARGIS G. GEBREHIWOT and file this, their Original Answer, and in support thereof would show the Court as follows:

**ORIGINAL ANSWER**

1. Defendants admit this Court has jurisdiction over those types of claims.

2. Defendants admit that venue is proper.

3. Defendants are without sufficient knowledge to form a belief as to the statements made in this paragraph, and therefore, deny the same.

4. Defendants admit the allegations made in this paragraph.

5. Defendants admit the allegations made in this paragraph.

6. Defendants are without sufficient knowledge to form a belief as to the statements made in this paragraph and therefore, deny the same.

7. Defendants are without sufficient knowledge to form a belief as to the statements made in this paragraph and therefore, deny the same.

8. Defendants deny the allegations of this paragraph.

9. Defendants are without sufficient knowledge to form a belief as to the statements made in this paragraph and therefore, deny the same.

10. Defendants are without sufficient knowledge to form a belief as to the statements made in this paragraph and therefore, deny the same.

11. Defendants deny the allegations of this paragraph.

12. Defendants deny the allegations of this paragraph.

13. Defendants deny the allegations of this paragraph.

14. Defendants deny the allegations of this paragraph.

15. Defendants deny the allegations of this paragraph.

16. Defendants deny the allegations of this paragraph.

17. Defendants reallege their denials of all previous paragraphs.

18. Defendants deny the allegations of this paragraph.

19. Defendants deny the allegations of this paragraph,

20. Defendants deny the allegations of this paragraph.

21. Defendants deny the allegations of this paragraph.

22. Defendants deny the allegations of this paragraph.

**AFFIRMATIVE DEFENSES**

23. Any actions taken by Defendants were in good faith, without malice, and were not willful.

24. Defendants' broadcast, if any, was to a private group and did not constitute a public performance under 47 U.S.C. §§ 553, 605.

25. Defendants did not receive any commercial advantage, profit, or financial benefit from the alleged broadcast.

26. Defendants assert the affirmative defense of laches.

## JURY DEMAND

27. Defendants request a trial by jury.

## PRAYER

WHEREFORE, Defendants pray that upon trial on the merits or other final disposition of this lawsuit, the Court enter judgment in favor of Defendants denying all claims and relief sought by Plaintiff and award Defendants such other and further relief which they may show themselves justly entitled to receive.

Dated: October 1, 2026

Respectfully submitted,

ROGER G. JAIN & ASSOCIATES, P.C.

Michelle A. Kornblith
SD Tex ID # 3770113
TBN: 24103846
Thomas H. Smith III
SD Tex ID # 1000096
TBN: 24051355
9301 Southwest Freeway, Suite 250
Houston, Texas 77074
Tel.: (713) 981-0600
Fax: (888) 200-6848
info@rogergjain.com

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically submitted to the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. I certify that I have served all *pro se* parties and all counsel of record electronically or by other manner authorized by Rule 5 of the Federal Rules of Civil Procedure on October 1, 2026.

______________________________
Michelle A. Kornblith